MIRIAM JOSEPH, as Administratrix of the Estate of PERCY A. JOSEPH, Deceased, Appellant, *v.* SAMUEL LUTZKY et al., Respondents, et al., Defendants.

Argued April 8, 1952; decided May 22, 1952.

*Eugene L. Bondy* for appellant.

*Arthur Karger, Alexander Bicks* and *Irving Abraham* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.